J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing
ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>           Plaintiff,<br>     v.<br><br>John Hoyle, Gail La Fortune and Does 1 – 10, inclusive,<br><br>           Defendants. | Case No. C08 03523 BZ<br><br>NOTICE OF INTERESTED PARTIES<br><br>CIVIL LOCAL RULE 3-16(c)(1) |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 21, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
         J. Andrew Coombs
         Annie S. Wang
Attorney for Plaintiff Adobe Systems Incorporated

ORIGINAL

Adobe v. Hoyle: Notice of Interested Parties          - 1 -