AO 120 (Rev. 2/99)

| TO: Commissioner of Patents and Trademarks Washington, DC 20231 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court <u>Northern District of California</u> on the following CLERK, U.S. DISTRICT COURT

450 GOLDEN GATE AVE., BOX
SAN FRANCISCO, CA 94102

| DOCKET NO. C-08-3523-BZ | DATE FILED 7/23/2008 | U.S. DISTRICT COURT Northern District of California |
|---|---|---|
| PLAINTIFF Adobe Systems Incorporated | | DEFENDANT John Hoyle, Gail La Fortune and Does 1 – 10, inclusive, |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | ☐ See Attachment. |
| 2 | | ☐ |
| 3 | | ☐ |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY  G Amendment   G Answer   G Cross Bill   G Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK RICHARD W. WIEKING | (BY) DEPUTY CLERK THELMA NUDO | DATE 7/23/2008 |
|---|---|---|



RECEIVED

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy

JUL 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

 ORIGINAL

## Trademark Registrations

| Trademark Registration No.: | Title of Work: | Rights Owner: |
|---|---|---|
| 3029061 | ADOBE | Adobe Systems Incorporated |
| 2920764 | PHOTOSHOP | Adobe Systems Incorporated |
| 3111341 | CREATIVE SUITE | Adobe Systems Incorporated |
| 2993457 | CO-AUTHOR | Adobe Systems Incorporated |
| 3032288 | A | Adobe Systems Incorporated |
| 2983111 | VISUAL COMMUNICATOR | Adobe Systems Incorporated |
| 3065143 | ADOBE LIVECYCLE | Adobe Systems Incorporated |
| 2725811 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2725810 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2722546 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2557911 | CLEARLY ADOBE IMAGING | Adobe Systems Incorporated |
| 2081343 | A | Adobe Systems Incorporated |
| 2817626 | ROUNDTRIP HTML | Adobe Systems Incorporated |
| 2060488 | ILLUSTRATOR | Adobe Systems Incorporated |
| 1988712 | ADOBE | Adobe Systems Incorporated |
| 1988711 | A | Adobe Systems Incorporated |
| 1988710 | A | Adobe Systems Incorporated |
| 1961762 | AUTHORWARE | Adobe Systems Incorporated |
| 1956216 | ADOBE | Adobe Systems Incorporated |
| 1901149 | A ADOBE | Adobe Systems Incorporated |
| 1850242 | PHOTOSHOP | Adobe Systems Incorporated |
| 1852943 | A | Adobe Systems Incorporated |
| 1651380 | ADOBE PHOTOSHOP | Adobe Systems Incorporated |
| 1475793 | ADOBE | Adobe Systems Incorporated |
| 1487549 | ADOBE SYSTEMS | Adobe Systems Incorporated |

|         | INCORPORATED              |                            |
|---------|---------------------------|----------------------------|
| 1482233 | ADOBE SYSTEMS INCORPORATED | Adobe Systems Incorporated |
| 1486895 | ADOBE                     | Adobe Systems Incorporated |
| 1479408 | ADOBE ILLUSTRATOR         | Adobe Systems Incorporated |
| 1383131 | POSTSCRIPT                | Adobe Systems Incorporated |
| 1463458 | POSTSCRIPT                | Adobe Systems Incorporated |
| 2520435 | MACROMEDIA FLASH          | Adobe Systems Incorporated |
| 2650911 | MACROMEDIA FLASH          | Adobe Systems Incorporated |
| 2852245 | FLASH                     | Adobe Systems Incorporated |
| 2855434 | FLASH                     | Adobe Systems Incorporated |
| 2060488 | ILLUSTRATOR               | Adobe Systems Incorporated |
| 2068523 | ACROBAT                   | Adobe Systems Incorporated |
| 1997398 | ACROBAT CAPTURE           | Adobe Systems Incorporated |
| 1901566 | SHOCKWAVE                 | Adobe Systems Incorporated |
| 2294926 | DREAMWEAVER               | Adobe Systems Incorporated |
| 2091087 | PAGEMAKER                 | Adobe Systems Incorporated |